

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00001-CV

Yvonne **VASQUEZ**,
Appellant

v.

**GUADALUPE VALLEY TELEPHONE COOPERATIVE**,
Appellee

From the 22nd District Court, Comal County, Texas
Trial Court No. C2012-0437A
Honorable Dibrell (Dib) Waldrip, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed: January 30, 2013

DISMISSED FOR LACK OF JURISDICTION

Appellant filed a notice of appeal in this court seeking to appeal an order entered by the district court of the 22nd Judicial District of Comal County, Texas. This court lacks jurisdiction over an appeal from Comal County which falls within the jurisdiction of the Third Court of Appeals. *See* TEX. GOV'T CODE ANN. § 22.201(d), (e) (West Supp. 2012). On January 8, 2003, appellant was ordered to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond to the order. Because this court lacks jurisdiction over

an appeal from Comal County, this appeal is dismissed for lack of jurisdiction.  Costs of the appeal are taxed against appellant.

PER CURIAM